UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSEPH ROGERS,

    Plaintiff,

v.                                                                     Case No. 3:20-cv-725-J-34MCR

CENTURION OF FLORIDA, LLC,
et al.,

    Defendants.

_____

## ORDER

A plaintiff in a civil case has no constitutional right to counsel. A court may, however, pursuant to 28 U.S.C. § 1915(e)(1), appoint counsel for an indigent plaintiff in exceptional circumstances. See Bass v. Perrin, 170 F.3d 1312, 1320 (11th Cir. 1999). In determining whether to appoint counsel, a court may consider the type and complexity of the case and whether the plaintiff can adequately present his case. See Ulmer v. Chancellor, 691 F.2d 209, 213 (5th Cir. 1982); Smith v. Fla. Dep't of Corr., 713 F.3d 1059, 1065 n.11 (11th Cir. 2013).

On July 21, 2020, Plaintiff Joseph Rogers filed a motion for appointment of counsel (Motion; Doc. 7), in which Rogers represents that he has limited access to the law library and is terminally ill due to the Hepatitis C virus (HCV),[1] complications from which have mentally and physically incapacitated him. Motion at 2. Given the nature of this case and Rogers's representations in the Motion, **appointment of counsel is warranted.**

---

[1] Roger's 42 U.S.C. § 1983 Complaint alleges Defendants failed to give him proper treatment for his HCV. See Doc. 1.

Therefore, this case will be referred to the Jacksonville Division Civil Pro Bono Appointment Program so that the designated deputy clerk of this Court may seek counsel to represent Rogers. Due to the limited resources of the program, the economy's impact upon those resources, and the limitations imposed in response to the Covid-19 pandemic, the process of finding counsel may take some time. Therefore, the Court will stay and administratively close the case to try to find counsel. Rogers must await this Court's notification to him as to when counsel has been found to represent him.

Therefore, it is now

**ORDERED**

1. This case is referred to the Jacksonville Division Civil Pro Bono Appointment Program so that the designated deputy clerk of this Court may seek counsel to represent Rogers in this case. This case is **STAYED**, and the Clerk is directed to administratively close the case and terminate any pending motions.

2. The Clerk must provide a copy of this Order to the designated deputy clerk for the Jacksonville Division Civil Pro Bono Appointment Program.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of August, 2020.

MARCIA MORALES HOWARD
United States District Judge

Jax-8

C:
Joseph Rogers, FDOC #032854
Division Manager